1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GLENN RAFAEL TOWERY,           )        Case No. CV 10-5577 JHN(JC)
                               )
                Petitioner,    )        (PROPOSED) JUDGMENT
                               )
        v.                     )
                               )
                               )
K. HARRINGTON, Warden,         )
                               )
                Respondent.    )
                               )
_____

        Pursuant to this Court's Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Motion to Dismiss is granted, that the Petition

for Writ of Habeas Corpus is denied and that this action is dismissed with prejudice

as time-barred.


        DATED:  ___January 12, 2012_____


        _____
        HONORABLE JACQUELINE H. NGUYEN
        UNITED STATES DISTRICT JUDGE